

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-21-00234-CV

---

ISAIAH MOORE, APPELLANT

V.

LIFEWORKS AFFORDABLE HOUSING CORPORATION
D/B/A THE WORKS AT PLEASANT VALLEY, APPELLEE

---

On Appeal from the County Court at Law No. 1
Travis County, Texas
Trial Court No. C-1-CV-21-000960, Honorable Eric Shepperd, Presiding

---

January 27, 2022

## MEMORANDUM OPINION

### Before PIRTLE and PARKER and DOSS, JJ.

Appellant Isaiah Moore, proceeding pro se, appeals from the trial court's judgment.[1]  Moore's brief was due December 29, 2021, but was not filed.  By letter of January 5, 2022, we notified Moore that the appeal was subject to dismissal for want of

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  See TEX. GOV'T CODE ANN. § 73.001.

prosecution, without further notice, if a brief was not received by January 18, 2022. To date, Moore has not filed a brief or had any further communication with this Court.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam